UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS CASTRO-HERRERA,<br><br>　　　　　　Defendant. | 2:09-CR-192-RLH-RJJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant JESUS CASTRO-HERRERA that are contained in the above-captioned Indictment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　 /s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __3rd__ day of August, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE